1
2
3
4
5
6
7
8
9
10
11
12
13

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GTS FREIGHT INC., an Illinois corporation; and SEBASTIAN HUGEANU, an individual,<br><br>Defendants. | Case No. 8:23-cv-01178-JVS-ADS<br><br>[Assigned to the Hon. James V. Selna]<br><br>**JUDGMENT**<br><br>Complaint Filed:  May 2, 2024<br>Trial Date:            None |

# **JUDGMENT**

Pursuant to the Order Granting Parties' Stipulation Re: Vacating Dismissal and Entry of Stipulated Judgment and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff Balboa Capital Corporation ("Balboa"), and against defendants GTS Freight Inc. ("GTS") and Sebastian Hugeanu ("Hugeanu") (collectively with GTS, "Defendants"), jointly and severally in the total amount of **$80,188.41**; which is a sum of the following:

   a. Compensatory damages in the amount owed of $66,087.00, on the Settlement Agreement (the "Settlement");

   b. Attorneys' fees in the amount of $11,642.29 on the Settlement;

   c. Prejudgment interest in the amount of $1,897.12, at the statutory rate of ten percent (10%) per annum, from December 18, 2024 (the date of breach), to February 26, 2025 (the date of filing the Stipulation), on the Settlement; and

   d. Costs in the amount of $562.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: February 27, 2025  _____
                          JUDGE OF THE US DISTRICT COURT